IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  VINCE T. YAKUBOWSKI,  Defendant. | 9:23-po-5009-M-KLD  Violation: F02S0019  ORDER |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the above-referenced case is dismissed, and the bench trial set for April 21, 2023, is vacated.

Dated this __18th__ day of April, 2023.

_____
KATHLEEN L. DESOTO
United States Magistrate Judge

1